SOUTHERN RAILWAY COMPANY, Appellant and Respondent, *v.* E. STUART PECK et al., Respondents, and WILLIAM B. LOERY et al., as Copartners under the Firm Name of HARE & Co., Respondents and Appellants, Impleaded with Others.

Argued December 1, 1941; decided January 8, 1942.

*Sidney S. Alderman, Henry L. Walker* and *Walter K. Earle* for plaintiff-appellant.

*Ralph Royall* and *Clinton D. Van Valkenburgh* for William B. Loery et al., defendants, respondents and appellants.

Frederick M. Schalter, Robert D. Elder, Adrian C. Leiby and Joseph V. Lane, Jr., for E. Stuart Peck et al., respondents.

Percival E. Jackson, Theodore M. Tarlau, Joseph J. Bryer, Ralph Montgomery Arkush and Frank M. Swacker for Jacques Cohen et al., respondents.

David Bernstein and Benjamin Metviner for Harry J. Chambers, intervener, defendant-respondent.

Ralph Montgomery Arkush, Percival E. Jackson and James M. Fawcett for Southern Railway Company-Mobile & Ohio Stock Trust Certificate Holders Committee, amicus curiæ.

Judgments modified by granting a declaratory judgment in favor of defendants upon plaintiff's complaint and defendants' answers in addition to the relief already granted to the counterclaiming defendants and, as so modified, affirmed, with costs to the defendants. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.